# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D2026-0279
LT Case No. 05-2011-CF-019206-A

————————————————

LEARTIS MCNEIL,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

————————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Rachael E. Reese, of Rachael Reese, P.A., Tampa, for Petitioner.

No Appearance for Respondent.

February 13, 2026

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the April 12, 2025 order denying Defendant's motion to correct illegal sentence rendered in Case No. 05-2011-CF-019206-A, in the Circuit Court in and for Brevard County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

JAY, C.J., and LAMBERT and MacIVER, JJ., concur.

––––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––––